**Shawn SIMMONS, Plaintiff—
Appellant,**

v.

**Luis BERRIOS, MD Clinical Director
FCI Bennettsville; MS Jump, Nurse
Practitioner FCI Bennettsville, Defendants—Appellees.**

**No. 09–7641.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 4, 2009.

Shawn Simmons, Appellant Pro Se.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Shawn Simmons seeks to appeal the
magistrate judge's report and recommendation to dismiss his *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The report and recommendation of the magistrate judge is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*